**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS JAMES COVENANT
and JEFFREY MARCUS GRAY,

    Plaintiffs,

vs.                                                   Case No. 3:15-cv-845-J-32JBT

MARK HARRISON MAHON, in his official
capacity as Chief Judge of the Fourth
Judicial Circuit of Florida, and MIKE
WILLIAMS, in his official capacity as the
Sheriff of Jacksonville, Duval County,
Florida,

    Defendants.
_____/

## NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that the above-styled cause is scheduled for a telephonic status conference **TODAY, JULY 8, 2015, at 11:00 A.M.**, before the Honorable Marcia Morales Howard, United States District Judge. At the time of the hearing, counsel for Plaintiffs shall initiate the telephone conference call by first calling counsel for Defendants[1] and then contacting the Court at (904) 301-6812.

DATE:       July 8, 2015

                                                FOR THE COURT

                                               By:   s/ Jodi L. Wiles
                                                     Deputy Clerk

---

[1] It is the Court's understanding that counsel for Plaintiffs has been in contact with attorneys representing Defendants. The Court has been advised that, for purposes of this hearing, counsel for Plaintiffs shall contact Jon Phillips at (904) 630-1609.

Copies to:

Counsel of Record