**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| THOMAS JAMES COVENANT and JEFFREY MARCUS GRAY v. MARK HARRISON MAHON and MIKE WILLIAMS | CASE NO. 3:15-cv-845-J-32JBT |

<u>Counsel for Plaintiffs</u>:
Andrew Michael Bonderud

<u>Counsel for Defendant Mahon</u>:
Michael Lockamy

<u>Counsel for Defendant Williams</u>:
Jon Phillips
Craig Feiser

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz

## CLERK'S MINUTES

PROCEEDINGS OF: TELEPHONIC STATUS CONFERENCE

Plaintiffs agreed that with the new Administrative Order, which supersedes Administrative Order No. 2015-3, the motion currently before the Court is moot.

Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 2) is **DENIED as MOOT**.

Plaintiffs intend to file an Amended Complaint and seek further injunctive relief.

DATE: July 8, 2015       TIME: 11:00 a.m. - 11:15 a.m.       TOTAL: 15 Minutes