# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THOMAS JAMES COVENANT and
JEFFREY MARCUS GRAY,

    Plaintiffs,

v.                                                Case No.  3:15-cv-845-J-32JBT

MARK HARRISON MAHON, in his
official capacity as Chief Judge of the
Fourth Judicial Circuit of Florida and
MIKE WILLIAMS, in his official
capacity as the Sheriff of Jacksonville,
Duval County, Florida,

    Defendants.

## **O R D E R**

Upon review of Plaintiffs' Notice of Voluntary Dismissal (Doc. 9), filed on July 15, 2015, this case is dismissed without prejudice. Plaintiffs shall send Chief Judge Mahon and his counsel a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2015.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of record